# Exhibit A

**Nadine Mathis**

| | |
|---|---|
| From: | ecf.notification@nynd.uscourts.gov |
| Sent: | Monday, November 16, 2009 2:48 PM |
| To: | NYND_ECFQC@nynd.uscourts.gov |
| Subject: | Activity in Case 5:06-cv-01042-FJS-GHL Malmberg v. United States of America Status Conference |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Northern District of New York - Main Office (Syracuse) [LIVE - Version 3.2.2]

**Notice of Electronic Filing**

The following transaction was entered on 11/16/2009 at 2:48 PM EST and filed on 11/16/2009
**Case Name:**     Malmberg v. United States of America
**Case Number:**   5:06-cv-1042
**Filer:**
**Document Number:** No document attached

Docket Text:
TEXT Minute Entry for proceedings held before Magistrate Judge George H. Lowe: Status Conference held on 11/16/2009. Appearances: Robert Nichols, Esq. for Plaintiff; William Larkin, AUSA for the Defendant. Plaintiff's expert has been deposed. Discovery is complete with the exception of one issue involving Mr. Larkin's request to be provided with a copy of a cover letter that Mr. Nichols wrote to his expert. Judge Lowe will allow briefing on the issue - Mr. Larkin's brief is due by December 7, 2009 and Mr. Nichols' brief is due by January 8, 2010. Parties do not anticipate dispositive motions. Judge Lowe will refer this matter to Judge Scullin for a trial schedule. (Tape #237) (rjb, )


5:06-cv-1042 Notice has been electronically mailed to:

Robert B. Nichols     robert.nichols@paulbeltz.com

William F. Larkin     william.larkin@usdoj.gov, ann.roden@usdoj.gov, barbara.jaggers@usdoj.gov

5:06-cv-1042 Notice has been delivered by other means to:

1

# Exhibit B

**Nadine Mathis**

---

**From:** Larkin, William (USANYN) [William.Larkin@usdoj.gov]
**Sent:** Wednesday, February 10, 2010 3:32 PM
**To:** Robert Nichols
**Subject:** Malmberg

Hi Bob

I am going out of town Thursday and will not be back to the office until Tuesday the 16th. In the interim, subpoenas will hopefully go out for the last 5 years of Sorianos operative reports at the 3 hospitals where he operates – St Anthony's, Swedish American, and Rockford Memorial. I will provide you with copies of any and all documents received pursuant to these subpoenas.

Bill

# Exhibit C

**Nadine Mathis**

| | |
|---|---|
| **From:** | Larkin, William (USANYN) [William.Larkin@usdoj.gov] |
| **Sent:** | Wednesday, February 10, 2010 4:38 PM |
| **To:** | Robert Nichols |
| **Subject:** | Subpoenas |
| **Attachments:** | att A for subpoenas 02.04.10.wpd |

Bob

Attached is attachment A to the 3 subpoenas. I could not pull up the 1st page of the subpoenas, it would just have the names & addresses of the hospitals, for documents, they referred to Exhibit A. <<att A for subpoenas 02.04.10.wpd>>

1

## Attachment A

Copies of operative reports for diskectomies and/or spinal surgeries performed by Morris Mark Soriano, M.D. from January 1, 2005 to February 1, 2010.

Patient identifiable information may be redacted, but it is requested that, if possible, the initials of the first and last name and gender be provided.